

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2022

No. 04-22-00546-CV

**IN THE INTEREST OF A.J.E. AND A.N.E.**, Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01611
Honorable Cynthia Marie Chapa, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION. Appellant is unable to afford payment of costs; no costs of court are taxed in this appeal.

It is so **ORDERED** on November 2, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2022.

_____
Michael A. Cruz, Clerk of Court